UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WYATT,<br><br>   Plaintiff,<br><br> v.<br><br>STATE OF TEXAS,<br><br>   Defendant. | Case No. 22-cv-00438-JSW<br><br>**ORDER OF DISMISSSAL** |

  On January 24, 2022, Plaintiff, a Texas prisoner proceeding pro se, filed a "notice" regarding the conditions of his confinement. The same day, the Clerk notified Plaintiff that he needed to file a form complaint, and also an application to proceed in forma pauperis ("IFP") or pay the filing fee, within 28 days. The Clerk also mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the deficiency notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP before the deadline. No response has been received from Plaintiff. Accordingly, this case is DISMISSED without prejudice.

  The Clerk shall enter judgment and close the file.

  **IT IS SO ORDERED.**

Dated: February 24, 2022

JEFFREY S. WHITE
United States District Judge